Tamara Taylor Reeder
c/o 5632 Weaver Pl
Oakland, California state

FILED

NOV 20 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C23-05986 SK

| | |
|---|---|
| Tamara Taylor Reeder,<br>        Debtor,<br><br>        vs.<br><br>Selene Finance, LP<br>MTC Financial Inc. dba Trustee Corps<br><br>        Alleged Creditors<br>_____/ | Case Account/Case #<br><br>**Pendency of Action**<br>**(Lis Pendens)** |

    Notice is given that the above-entitled action was filed in the above-entitled court on November 17, 2023, by Tamara Taylor Reeder, Debtor, against Selene Finance, LP; and, MTC Financial Inc. dba Trustee Corps, Alleged Creditors. The action affects title to specific real property or the right to possession of specific real property identified in the complaint in the action.

    The specific real property affected by the action is located in Alameda County, California, and is described as follows: See Exhibit A attached herein and made a part of this notice.


Dated 11/17/2023 .

                                              _____
                                              Tamara Taylor Reeder

# Exhibit A

**APN:**	037A-3142-015

**Legal Property Description:**

All that certain real property situated in the City of Oakland, County of Alameda, State of California, described as follows:

PARCEL ONE:

Portion of the land shown on Record of Survey, Portion of American Trust Company Property, filed July 19, 1947, Licensed Survey Book 2, Pages 37, 38, 39 and 40, Alameda County Records, described as follows:

Commencing at the point of intersection of the center line of Denton Place with the center line of Weaver Place, as said Denton Place and Weaver Place are shown on said Record of Survey from which said point the center of a circle having a radius of 175 feet bears North 44° 07' 13" East; thence running along said center line of Weaver Place, Southeasterly along the circumference of said mentioned circle, 50 feet; thence tangent to said mentioned circle South 62° 15' East 60 feet; thence Southeasterly and tangent to said mentioned course, along the arc of a circle to the right with a radius of 420 feet, distance of 200.635 feet to the actual point of beginning of this description, from which said point the center of said last mentioned circle bear South 55° 07' 13" West; thence from said actual point of beginning continuing along center line of Weaver Place and along the circumference of said last mentioned circle having a radius of 420 feet; a distance of 15 feet; thence tangent to said last mentioned circle South 32° 50' East 179 feet; thence said center line of Weaver Place North 68° 14' 35" East 217.381 feet; thence North 32° 39' 13" West 48.657 feet, thence 36° 17' 33" West 210 feet; thence South 50° 46' 42" West 202.238 feet to the point of beginning. Designated as Homesite No. 43

Commonly known as: 5632 Weaver Pl, Oakland, CA 94619