STEELE LLP
John C. Steele, State Bar No. 179875
Tanya C. McCullah, State Bar No. 279614
17272 Red Hill Avenue
Irvine, California 92614
Telephone: 949.222.1161
Fax:  949.221.9500
Email:  jsteele@steelellp.com; tmccullah@steelellp.com

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA REEDER,<br><br>Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP (SF); MTC FINANCIAL INC. dba TRUSTEE CORPS (MTC),<br><br>Defendants | Case No.: 3:23-cv-05986-RFL<br>Action filed: November 20, 2023<br><br>**DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS' FIRST AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT OF PLAINTIFF TAMARA REEDER**<br><br>**[Rule 12(B)(6)]**<br><br>Hearing Date: February 20, 2024<br>Hearing Time: 10:00 a.m.<br>Judge: Rita F. Lin<br>Ctrm: Courtroom 15 – 18th Floor |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

---

DEFENDANT MTC FINANCIAL INC.'S SECOND AMENDED NOTICE OF MOTION
TO DISMISS FIRST AMENDED COMPLAINT
1



1  **PLEASE TAKE NOTICE** that Defendant MTC Financial, Inc. dba Trustee
2  Corps' Motion to Dismiss the Complaint of Plaintiff Tamara Reeder ("Plaintiff") will
3  be heard on February 20, 2024, at 10:00 a.m., in Courtroom 15, 18th Floor, of the
4  above-entitled Court located at 450 Golden Gate Ave., San Francisco, CA 94102.

6  Date:   January 2, 2024              **STEELE LLP**

                                         /s/ John Steele
                                         _____
9                                        John C. Steele
                                         Attorneys for Defendant
10                                       MTC Financial Inc. dba Trustee Corps



DEFENDANT MTC FINANCIAL INC.'S SECOND AMENDED NOTICE OF MOTION
TO DISMISS FIRST AMENDED COMPLAINT
2

# PROOF OF SERVICE

I, Raymond Soriano, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to this action. My business address is 17272 Red Hill Avenue, Irvine, California 92614. On January 2, 2024, I served a copy of the following document(s):

**DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS' FIRST AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT OF PLAINTIFF TAMARA REEDER**

☐ By transmitting via electronic filing the document(s) listed above using my email address (rsoriano@steelellp.com) and the electronic filing service GreenFiling Service to the email address set forth below:

☐ By enclosing the documents in an envelope or package provided by an overnight carrier and addressed to the persons below and by placing the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier:

■ By depositing the document(s) listed above in a sealed envelope with prepaid postage with the United States Postal Service, Irvine, California, or by placing the envelope for collection and mailing following our ordinary business practices.

Tamara Reeder
5632 Weaver Place
Oakland, CA 94619
*PRO SE*

I am readily familiar with this firm's business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope, postage prepaid.

☐ By transmitting via my email address (rsoriano@steelellp.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

I declare under penalty of perjury under the law of the State of California and the United States that the foregoing is true and correct.

/s/ Raymond Soriano
Raymond Soriano

PROOF OF SERVICE
2