UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA REEDER,<br><br>   Plaintiff,<br><br> v.<br><br>SELENE FINANCE, LP (SF), et al.,<br><br>   Defendants. | Case No.  23-cv-05986-RFL<br><br>**ORDER RE: RESOURCES AVAILABLE FOR UNREPRESENTED LITIGANTS** |

  Plaintiff Tamara Reeder, who is representing herself, filed this action against Selene Finance, LP (SF) and MTC Financial, Inc.  On December 11, 2023, MTC Financial filed a motion to dismiss, which is set for hearing on February 20, 2024, at 10:00 a.m. in San Francisco, Courtroom 15, before Judge Rita F. Lin.  (Dkt. Nos. 4, 13.)  This Order is to advise Reeder of the free legal resources available to her as an unrepresented litigant.

  First, Reeder is referred to the District Court's website which includes information about how to represent yourself.  *See* https://cand.uscourts.gov/pro-se-litigants/.  The website also includes a link to the District Court's handbook, "Representing Yourself in Federal Court," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.

  Second, Reeder may wish to seek assistance from the Legal Help Center, a free service provided by the Bar Association of San Francisco, by calling 415-782-8982 or emailing fedpro@sfbar.org.  At the Legal Help Center, Reeder may speak with an attorney who may be able to provide free basic legal help but not representation.

  Finally, Reeder is reminded that under Federal Rule of Civil Procedure 4(m), she has

2

until February 19, 2024, to serve Selene Finance, LP (SF) with a copy of the summons and complaint in this action.  If she has questions about how to do so, she should contact the Legal Help Center at the above number.

**IT IS SO ORDERED.**

Dated: January 2, 2024

                                                                  RITA F. LIN
United States District Judge