STEELE LLP
John C. Steele, State Bar No. 179875
Tanya C. McCullah, State Bar No. 279614
17272 Red Hill Avenue
Irvine, California 92614
Telephone: 949.222.1161
Fax:  949.221.9500
Email:  jsteele@steelellp.com; tmccullah@steelellp.com

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA REEDER,<br><br>Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP (SF); MTC FINANCIAL INC. dba TRUSTEE CORPS (MTC),<br><br>Defendants | Case No.: 3:23-cv-05986-RFL<br>Action filed: November 20, 2023<br><br>**DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS' REQUEST TO APPEAR AT DEFENDANT'S MOTION TO DISMISS HEARING VIA ZOOM VIDEO**<br><br>Hearing Date: February 20, 2024<br>Hearing Time: 10:00 a.m.<br>Judge: Rita F. Lin<br>Ctrm: Courtroom 15 – 18th Floor |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

**PLEASE TAKE NOTICE** that Steele LLP hereby requests to appear at the

---

DEFENDANT MTC FINANCIAL INC.'S SECOND AMENDED NOTICE OF MOTION
TO DISMISS FIRST AMENDED COMPLAINT
1

1  Motion to Dismiss Complaint of Plaintiff Tamara Reeder scheduled for February 20,
2  2024 at 10:00 a.m. via Zoom video as our office is not based locally in relation to the
3  court of record.  Steele LLP is located at 17272 Red Hill Avenue, Irvine, CA 92614.  If
4  our office is to appear in-person, we will exhaust extra time and incur additional fees
5  and costs to travel to and from court.

7  Date:   February 9, 2024                              **STEELE LLP**

               *(signature)*

10                                                                John C. Steele
                                                                  Attorneys for Defendant
11                                                                MTC Financial Inc. dba Trustee Corps

# PROOF OF SERVICE

I, Raymond Soriano, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to this action. My business address is 17272 Red Hill Avenue, Irvine, California 92614. On February 9, 2024, I served a copy of the following document(s):

**DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS' REQUEST TO APPEAR AT DEFENDANT'S MOTION TO DISMISS HEARING VIA ZOOM VIDEO**

☐ By transmitting via electronic filing the document(s) listed above using my email address (rsoriano@steelellp.com) and the electronic filing service GreenFiling Service to the email address set forth below:

☐ By enclosing the documents in an envelope or package provided by an overnight carrier and addressed to the persons below and by placing the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier:

■ By depositing the document(s) listed above in a sealed envelope with prepaid postage with the United States Postal Service, Irvine, California, or by placing the envelope for collection and mailing following our ordinary business practices.

Tamara Reeder
5632 Weaver Place
Oakland, CA 94619
*PRO SE*

I am readily familiar with this firm's business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope, postage prepaid.

☐ By transmitting via my email address (rsoriano@steelellp.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

PROOF OF SERVICE
1

1  I declare under penalty of perjury under the law of the State of California and the United States that the foregoing is true and correct.

                                    /s/ Raymond Soriano
                                    Raymond Soriano