UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA REEDER,<br><br>        Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP (SF), et al.,<br><br>        Defendants. | Case No. 23-cv-05986-RFL<br><br>**CLERK'S NOTICE VACATING MOTION HEARING** |

Notice is hereby given that the Motion to Dismiss (docket no. 4) is submitted without oral argument pursuant to Civil Local Rule 7-1(b). The hearing set for February 20, 2024 at 10:00 AM is VACATED. The Court will issue a written order on the motion. Defendant's request to appear remotely by Zoom (docket no. 16) is terminated as moot.

Dated: February 9, 2024

                                          Mark B. Busby
                                          Clerk, United States District Court

                                          By: _____
                                          Melinda K. Lock, Deputy Clerk to the
                                          Honorable Rita F. Lin
                                          (415) 522-4172