UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA REEDER,<br><br>        Plaintiff,<br><br>    v.<br><br>SELENE FINANCE, LP (SF), et al.,<br><br>        Defendants. | Case No. 23-cv-05986-RFL<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE DEFENDANTS** |

       The Complaint was filed on November 20, 2023. (Dkt. No. 1.) To date, Plaintiff Tamara Reeder has not filed proof of service as to any of the defendants. Rule 4(m) of the Federal Rules of Civil Procedure requires service on all defendants within ninety days. Under Rule 4(m), service is therefore due on Defendants Selene Finance and MTC Financial by February 19, 2024. The court **DIRECTS** Reeder to file proofs of service by February 26, 2024.

       As of this Order, Defendant Selene Finance has not appeared in this action. If Reeder fails to file proof of service on Selene Finance by February 26, 2024, Selene Finance may be dismissed from this action without prejudice without further notice. *See* Fed. R Civ. P. 4(m).

       The Court reminds Reeder that she may wish to seek assistance from the Legal Help Center, a free service provided by the Bar Association of San Francisco, by calling 415-782-8982 or emailing fedpro@sfbar.org. At the Legal Help Center, Reeder may speak with an attorney who may be able to provide free basic legal help but not representation. Reeder may also wish to visit the District Court's website which includes information about how to represent yourself. *See* https://cand.uscourts.gov/pro-se-litigants/.

Reeder is also reminded that the Court vacated the hearing on Defendant MTC Financial's motion to dismiss. (Dkt. No. 17.) The motion is submitted without oral argument pursuant to Civil Local Rule 7-1(b). The Court will issue a written order on the motion.

**IT IS SO ORDERED.**

Dated: February 12, 2024

RITA F. LIN
United States District Judge