**WRIGHT, FINLAY & ZAK, LLP**
T. Robert Finlay, Esq., SBN 167280
Kathryn A. Moorer, Esq., SBN 272801
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
T: (949) 477-5050 / F: (949) 608-9142
Email: kmoorer@wrightlegal.net

Attorneys for Defendant SELENE FINANCE, LP

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| TAMARA REEDER, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SELENE FINANCE, LP, a Delaware limited partnership; and MTC FINANCIAL, INC., d/b/a TRUSTEE CORPS, a California corporation,<br><br>    Defendants. | Case No. 3:23-cv-05986-SK<br><br>Assigned to Hon. Rita F. Lin<br><br>**AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT**<br><br>**Motion Hearing Date:**<br>Date:     April 23, 2024<br>Time:     10:00 a.m.<br>Ctrm:     15 – 18th Floor |

**PLEASE TAKE NOTICE** that on April 23, 2024, at **10:00 a.m.**, in Courtroom 15 (18th Floor) of the above-captioned court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant SELENE FINANCE, LP ("Defendant" or "Selene") shall and hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing all claims for relief in the Complaint on the grounds that the Complaint fails to state facts sufficient to constitute any claim for relief against Defendant.

1  This Motion is based on this notice, the attached Memorandum of Points and
2 Authorities herein, the Request for Judicial Notice concurrently filed herewith, the
3 Complaint, the Court's record, and on the arguments presented at the hearing on this
4 Motion.
5  This Motion is also brought following counsel for Defendant's good faith attempt
6 to meet and confer with Plaintiff pursuant to L.R. 7-3. However, Plaintiff did not respond
7 to these communications until after the motion was filed.

WRIGHT, FINLAY & ZAK, LLP

Dated: March 26, 2024         By: _____
                                 Kathryn Moorer, Esq.
                                 Attorneys for Defendant SELENE
                                 FINANCE, LP

**PROOF OF SERVICE**

I, Debbi Bosman, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On March 26, 2024, I served the within **AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT** on all parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Tamara Reeder
5632 Weaver Place
Oakland, CA  94619
T:  510-529-9292
Email:  tamreed5632@gmail.com
*Plaintiff Pro Se*

John C. Steele, Esq.
Tanya C. McCullah, Esq.
17272 Red Hill Avenue
Irvine, California 92614
T: 949.222.1161 / F: 949.221.9500
Email: jsteele@steelellp.com; tmccullah@steelellp.com
*Attorneys for Defendant MTC Financial Inc. dba Trustee Corps*

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail

PROOF OF SERVICE

1  address of record in the case, shall constitute the proof of service as required by
2  Fed.R.Civ.P.5(b)(2)(E).  A copy of the NEF shall be attached to any document
   served in the traditional manner upon any party appearing pro se."
3
   [X]  (Federal) I declare under penalty of perjury under the laws of the United States
4       of America that the foregoing is true and correct.
5       Executed on March 26, 2023, at Newport Beach, California.
6       *[signature: Debbi Bosman]*
7       Debbi Bosman

PROOF OF SERVICE