UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA REEDER,<br><br>        Plaintiff,<br><br>   v.<br><br>SELENE FINANCE, LP (SF), et al.,<br><br>        Defendants. | Case No. 23-cv-05986-RFL<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 24 |

Before the Court is Selene Finance, LP's Motion to Dismiss. The Court deems the motion suitable for disposition without oral argument pursuant to Civil Local Rule 7-1(b). The hearing on the motion, set for April 23, 2024, is **VACATED**. In other words, the Court will not be holding a hearing on the motion on that date. The matter is taken under submission, and the Court will issue a written order. Selene Finance's Motion for Leave to Appear via Zoom (Dkt. No. 29) is **DENIED AS MOOT**.

      **IT IS SO ORDERED.**

Dated: April 3, 2024

                                              RITA F. LIN
                                              United States District Judge