UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA REEDER,<br><br>Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP (SF), et al.,<br><br>Defendants. | Case No. 23-cv-05986-RFL<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 31 |

On June 21, 2024, the Court granted Defendants' Motions to Dismiss as to the federal claims and dismissed the state law claims for lack of subject matter jurisdiction. (Dkt. No. 31.) The Order provided Reeder an opportunity to file an amended complaint correcting the identified deficiencies by July 22, 2024. It warned that "[i]f Reeder does not file an amended complaint by that date, her Complaint will remain dismissed, and the case will be closed." (*Id.* at 6.) As of August 5, 2024, Reeder has not filed an amended complaint. Accordingly, and for the reasons described in the Order, the federal claims (*i.e.*, the FDCPA and FCRA claims) are dismissed with prejudice and the state law claims (*i.e.*, the Business and Professions Code § 17100, Rosenthal Fair Debt Collection Practices Act, and Elder Abuse claims) are dismissed without prejudice to refiling in state court.

The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff, with prejudice as to the federal claims and without prejudice as to the state law claims. The Clerk is also directed to close the case.

**IT IS SO ORDERED.**

Dated: August 5, 2024

RITA F. LIN
United States District Judge

1