United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MHARLA SIMMONS,

        Plaintiff,

    v.

SELENE FINANCE, LP, et al.,

        Defendants.

Case No.  26-cv-00198-TLT

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Reeder v. Selene Finance, LP (SF) et al*, 23-cv-5986.

**IT IS SO ORDERED.**

Dated: February 13, 2026

_____

TRINA L. THOMPSON
United States District Judge